IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM CRUMLISH, individually and as executrix of the estate of Michael D. Crumlish, | : : : : |
| Plaintiff, | : CIVIL ACTION NO. 13-4335 : |
| v. | : : |
| TECHNIVATE, INC. and THE TECHNIVATE, INC. SUPPLEMENTAL RETIREMENT PLAN, | : : : : |
| Defendants, | : : |
| v. | : : |
| THE CREATIVE FINANCIAL GROUP, LTD. and CZAPLICKI & GREGOR, P.C., | : : : |
| Third-Party Defendants. | : |

## ORDER

**AND NOW**, this 23rd day of September, 2014, after considering the partial motion for summary judgment filed by the plaintiff (Doc. No. 59), and any responses thereto; and after considering the motion for summary judgment filed by the third-party defendant, Czaplicki & Gregor, P.C., (Doc. No. 75), and any responses thereto; and after considering the motion for summary judgment filed by the third-party defendant, Creative Financial Group, Ltd., (Doc. No. 76), and any responses thereto; and after considering the motion *in limine* to preclude the expert testimony of Patti S. Spencer, Esquire filed by the third-party defendant, Creative Financial Group, Ltd., (Doc. No. 77), and any responses thereto; and after a final pretrial conference held before the undersigned on September 22, 2014; accordingly, it is hereby **ORDERED** that the

motions (Doc. Nos. 59, 75, 76, and 77) are **DENIED** for the reasons stated on the record.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.